UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

James Edward Rose, Jr.

    v.                              Case No. 19-cv-311-LM

NH, State of et al

## ORDER

After due consideration of the responses/objections filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated July 12, 2019.

_____
Landya B. McCafferty
Chief Judge

Date: August 19, 2019

cc:   James Edward Rose, Jr., pro se